FILED

2006 SEP 13 AM 8: 47

U.S. ... COURT
MIDDLE ... FLORIDA
ORL... ...

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:06CV1376-ORL-18JGG

CHRISTOPHER BENSON and LISA PEACE BENSON,

        Plaintiff,

vs.

PALM HARBOR HOMES, INC., a Florida Corporation, STUART JAMES and KENNY WALLACE

        Defendants,

_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

COME NOW the Plaintiffs, CHRISTOPHER BENSON and LISA PEACE BENSON, (hereinafter referred to as "Plaintiffs"), by and through their undersigned counsel and sues the Defendants, PALM HARBOR HOMES, INC., a Florida Corporation, STUART JAMES and KENNY WALLACE (hereinafter referred to collectively as the "Defendants"), and states as follows:

1. This is an action by Plaintiff against their former employer for unpaid wages pursuant to the Fair Labor Standards Act ("FLSA"). Plaintiffs seek damages and a reasonable attorney's fee.

2. This action arises under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, et. seq. The Court has jurisdiction over the FLSA claims pursuant to 29 U.S.C. § 216(b).

3. The venue of this Court over this controversy is proper based upon the claim arising in Orlando, Orange County, Florida.

4. Plaintiff, CHRISTOPHER BENSON was at all times material employed by Defendant, PALM HARBOR HOMES, INC., as a sales consultant, and worked from July 14, 2004 to July 20, 2006 for Defendant's business based in Orlando, Florida.

5. Plaintiff, LISA PEACE BENSON was at all times material employed by Defendant, PALM HARBOR HOMES, INC., as a sales consultant, and worked from September 2003 to January 2004 for Defendant's business based in Orlando, Florida.

6. The Defendant, PALM HARBOR HOMES, INC., is an employer as defined by 29 U.S.C. § 203(d). The employer has employees subject to the provisions of the FLSA, 29 U.S.C. § 206 in the facility where Plaintiffs were employed.

7. Plaintiffs were employees of Defendants and at all times relevant to violations of the Fair Labor Standards Act were engaged in commerce as defined by 29 U.S.C. §§ 206(a) and 207(a)(1).

8. At all times during Plaintiffs' employment, Defendant PALM HARBOR HOMES, INC. was an enterprise engaged in commerce or in the production of goods for commerce as defined by 29 U.S.C. § 203(s)(1).

9. Defendants, STUART JAMES and KENNY WALLACE were at all times material hereto the owners and/or officers of Defendant, PALM HARBOR HOMES, INC.

10. Defendants, STUART JAMES and KENNY WALLACE at all times material hereto acted directly or indirectly in the interest of PALM HARBOR HOMES,

INC., in relation to Plaintiffs' employment and were substantially in control of the terms and conditions of the Plaintiffs' work and therefore are statutory employers under 29 U.S.C. § 203(d).

11. Plaintiffs have retained the Pantas Law Firm to represent them in this matter and have agreed to pay said firm a reasonable attorney's fee for its services.

### COUNT I – CHRISTOPHER BENSON
### VIOLATION OF THE OVERTIME PROVISIONS
### OF THE FAIR LABOR STANDARDS ACT UNDER FEDERAL LAW

12. Plaintiff CHRISTOPHER BENSON re-alleges and incorporates herein the allegations contained in paragraphs 1 through 4 and 6 through 11 above.

13. Throughout the employment of Plaintiff, the Defendants repeatedly and willfully violated Section 7 and Section 15 of the Fair Labor Standards Act by failing to compensate Plaintiff at a rate not less than one and one-half times the regular rate at which he was employed for workweeks longer than forty (40) hours. Specifically, Plaintiff worked numerous weeks in excess of forty (40) hours a week, yet was not compensated for all work in excess of forty (40) hours at a rate not less than one and one-half times the regular rate at which he was employed.

WHEREFORE, Plaintiff demands a judgment against Defendants, jointly and severally, for the following:

    (a) Unpaid overtime wages found to be due and owing;

    (b) An additional equal amount equal to the unpaid overtime wages found to be due and owing as liquidated damages;

    (c) Prejudgment interest in the event liquidated damages are not

    awarded;

(d) A reasonable attorney's fee and costs; and,

(e) Such other relief as the Court deems just and equitable.

### COUNT II – LISA PEACE BENSON
### VIOLATION OF THE OVERTIME PROVISIONS
### OF THE FAIR LABOR STANDARDS ACT UNDER FEDERAL LAW

14. Plaintiff LISA PEACE BENSON re-alleges and incorporates herein the allegations contained in paragraphs 1 through 3 and 5 through 11 above.

15. Throughout the employment of Plaintiff, the Defendants repeatedly and willfully violated Section 7 and Section 15 of the Fair Labor Standards Act by failing to compensate Plaintiff at a rate not less than one and one-half times the regular rate at which she was employed for workweeks longer than forty (40) hours. Specifically, Plaintiff worked numerous weeks in excess of forty (40) hours a week, yet was not compensated for all work in excess of forty (40) hours at a rate not less than one and one-half times the regular rate at which she was employed.

WHEREFORE, Plaintiff demands a judgment against Defendants, jointly and severally liable for the following:

(a) Unpaid overtime wages found to be due and owing;

(b) An additional equal amount equal to the unpaid overtime wages found to be due and owing as liquidated damages;

(c) Prejudgment interest in the event liquidated damages are not awarded;

(d) A reasonable attorney's fee and costs; and,

(e) Such other relief as the Court deems just and equitable.

## JURY TRIAL DEMAND

Plaintiff demands a jury trial on all issues so triable.

Dated: 9/12/06

Respectfully submitted,

CHARLES L. SCALISE, ESQ.
Florida Bar No.: 0776327
K.E. PANTAS, ESQ.
Florida Bar No.: 0978124
PANTAS LAW FIRM, P.A.
250 North Orange Avenue, 11th Floor
Orlando, Florida 32806
Telephone: (407) 425-5775
Facsimile: (407) 425-2778
Trial Counsel for the Plaintiff

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS:
CHRISTOPHER BENSON AND LISA PEACE BENSON

(b) County of Residence of Plaintiff **ORANGE**
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)

Charles Scalise (0776327)
PANTAS LAW FIRM, P.A.
250 North Orange Avenue
Eleventh Floor
Orlando, Florida 32801
(407) 425-5775    (Fax) (407) 425-2778

## DEFENDANTS:
PALM HARBOR HOMES, INC., STUART JAMES, KENNY WALLACE

County of Residence of Defendant **ORANGE**
(IN U.S. PLAINTIFF CASES)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED

Attorneys (If Known)

## II. BASIS OF JURISDICTION (PLACE AN X IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## IV. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

**CONTRACT**: ☐110 Insurance; ☐120 Marine; ☐130 Miller Act; ☐140 Negotiable Instrument; ☐150 Recovery of Overpayment & Enforcement of Judgment; ☐151 Medicare Act; ☐152 Recovery of Defaulted Student Loans (Excl. Veterans); ☐153 Recovery of Overpayment of Veteran's Benefit; ☐160 Stockholders' Suits; ☐190 Other Contract; ☐195 Contract Product Liability; ☐196 Franchise

**REAL PROPERTY**: ☐210 Land Condemnation; ☐220 Foreclosure; ☐230 Rent Lease & Ejectment; ☐240 Torts to Land; ☐245 Tort Product Liability; ☐290 All Other Real Property

**TORTS - PERSONAL INJURY**: ☐310 Airplane; ☐315 Airplane Product Liability; ☐320 Assault, Libel & Slander; ☐330 Federal Employers' Liability; ☐340 Marine; ☐345 Marine Product Liability; ☐350 Motor Vehicle; ☐355 Motor Vehicle Product Liability; ☐360 Other Personal Injury

**TORTS - PERSONAL INJURY**: ☐362 Personal Injury—Med Malpractice; ☐365 Personal Injury—Product Liability; ☐368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**: ☐370 Other Fraud; ☐371 Truth In Lending; ☐380 Other Personal Property Damage; ☐385 Property Damage Product Liability

**CIVIL RIGHTS**: ☐441 Voting; ☐442 Employment; ☐443 Housing/Accommodations; ☐444 Welfare; ☐440 Other Civil Rights

**PRISONER PETITIONS**: ☐510 Motions to Vacate Sentence; Habeas Corpus: ☐530 General; ☐535 Death Penalty; ☐540 Mandamus & Other; ☐550 Other

**FORFEITURE/PENALTY**: ☐610 Agriculture; ☐620 Other Food & Drug; ☐625 Drug Related Seizure of Property 21 USC 881; ☐630 Liquor Laws; ☐640 R.R. & Truck; ☐650 Airline Regs; ☐660 Occupational Safety/Health; ☐690 Other

**LABOR**: ☒710 Fair Labor Standards Act; ☐720 Labor/Mgmt. Relations; ☐730 Labor/Mgmt. Reporting & Disclosure Act; ☐740 Railway Labor Act; ☐790 Other Labor Litigation; ☐791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**: ☐422 Appeal 28 USC 158; ☐423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**: ☐820 Copyrights; ☐830 Patent; ☐840 Trademark

**SOCIAL SECURITY**: ☐861 HIA (1395ff); ☐862 Black Lung (923); ☐863 DIWC/DIWW (405(g)); ☐864 SSID Title XVI; ☐865 RSI (405(g))

**FEDERAL TAX SUITS**: ☐870 Taxes (U.S. Plaintiff or Defendant); ☐871 IRS – Third Party 26 USC 7609

**OTHER STATUTES**: ☐400 State Reapportionment; ☐410 Antitrust; ☐430 Banks and Banking; ☐450 Commerce/ICC; ☐460 Deportation; ☐470 Racketeer Influenced and Corrupt Organizations; ☐810 Selective Service; ☐850 Securities/Commodities/Exchange; ☐875 Customer Challenge 12 USC 3410; ☐891 Agriculture Acts; ☐892 Economic Stabilization Act; ☐893 Environmental Matters; ☐894 Energy Allocation Act; ☐895 Freedom of Information Act; ☐900 Appeal of Fee Determination Under Equal Access to Justice; ☐950 Constitutionality of State Statutes

## V. ORIGIN (PLACE AN X IN ONE BOX ONLY)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity)
29 U.S.C. Section 201
Brief description of cause:
FAIR LABOR STANDARDS ACT

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ ___
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY:
(See Instructions) JUDGE ___ DOCKET NUMBER ___

DATE 9/12/06
SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY
RECEIPT # ___ AMOUNT ___ APPLYING IFP ___ JUDGE ___ MAG. JUDGE ___