UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No.: 6:06-CV-1376-ORL-18JGG

CHRISTOPHER BENSON and LISA PEACE BENSON,

Plaintiffs,

vs.

PALM HARBOR HOMES, INC., a Florida Corporation, STUART JAMES and KENNY WALLACE,

Defendants,

_________________________________/

**NOTICE OF FILING ANSWERS TO COURT INTERROGATORIES**

**COME NOW** the Plaintiffs, CHRISTOPHER BENSON and LISA PEACE BENSON, by and through their undersigned attorney, hereby give notice that a copy of the Answers to the Court Interrogatories has been filed with the above styled court.

Dated: October 25, 2006

Respectfully Submitted,

s/ Charles L. Scalise
CHARLES L. SCALISE, ESQ.
Bar No.: 0776327
K.E. PANTAS, ESQ.
Bar No.: 0978124
PANTAS LAW FIRM, P.A.
250 North Orange Avenue, 11th Floor
Orlando, Florida 32801
Tel.: (407) 425-5775
Fax.: (407) 425-2778
E-Mail: Clerk@PantasLaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I presented the foregoing to the Clerk of the court for filing and uploading to the CM/ECF system which will send a notice of electronic filing to the following: James G. Brown, Ford & Harrison, LLP, 300 South Orange Avenue, Suite 1300, Orlando, Florida 32801. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: None, this 25th day of October, 2006.

s/ Charles L. Scalise
CHARLES L. SCALISE
Bar No.: 0776327

**PLAINTIFF'S ANSWERS TO COURT'S INTERROGATORIES[1]**

1. During what period of time were you employed by the Defendant?

   July 14, 2004 through July 20, 2004

2. Who was your immediate supervisor?

   Stuart James

3. Did you have a regularly scheduled work period? If so, specify.

   Monday through Thursday 8:30 a.m. to 7:00 p.m.; Friday 8:30 a.m. to 6:00 p.m.; Saturday 8:00 a.m. to 6:00 p.m.; and Sunday 1:00 p.m. to 5:00 p.m. (Actually worked 8:00 a.m. to 7:00 pm and occasionally stayed later)

4. What was your title or position? Briefly describe your job duties.

   Sales Consultant

5. What was your regular rate of pay?

   $300 per week plus commissions

6. Provide an accounting of your claim, including:

   (a) dates: July 14, 2006 through July 20, 2006

   (b) regular hours worked: 40

   (c) over-time hours worked: 10

   (d) pay received versus pay claimed: Received:$47,613.34 Versus: $54,413.34

   (e) total amount claimed: $6,800.00 plus liquidated damages $6,800.00 and attorney's fees and costs

7. When did you (or your attorney) first complain to your employer about alleged violations of the FLSA?

   It was brought to their attention in 2004

8. Was this complaint written or oral? (If a written complaint, please attach a copy).

   Oral

9. What was your employer's response? (If a written response, please attach a copy).

   That's just how we do things, we do not pay overtime

---

[1] These answers are estimated based on the Plaintiffs best recollections. Plaintiff reserves the right to supplement these answers upon completion of discovery.

STATE OF FLORIDA }
COUNTY OF ORANGE }

BEFORE ME, the undersigned authority, personally appeared Christopher Benson, who being first duly sworn, deposes and says that he/she has read the foregoing Answers to Interrogatories, knows the contents of same, and to the best of his/her knowledge and belief, the same are true and correct.

SWORN TO AND SUBSCRIBED before me on this 27th day of October 2006.

NOTARY PUBLIC

JUDITH ANN CANE
MY COMMISSION # DD 443896
EXPIRES: June 22, 2009
Bonded Thru Notary Public Underwriters

<<SEAL>>

Signature of Notary Public
Title: Notary Public
Serial No. (If any):
Commission Expires:

**PLAINTIFF'S ANSWERS TO COURT'S INTERROGATORIES[1]**

1. During what period of time were you employed by the Defendant?

   September 2003 to December 16, 2006

2. Who was your immediate supervisor?

   Dale Burkett

3. Did you have a regularly scheduled work period? If so, specify.

   Monday through Friday 7:30 am up to 9:00 pm, Some Saturdays and Sundays

4. What was your title or position? Briefly describe your job duties.

   Office Manager – Office work, clerical, etc.

5. What was your regular rate of pay?

   September 2003 - January 2004 - $350 per week plus commissions
   February 2004 – June 2004 $9.00 per hour
   July 2004 – July 2005 - $10.00 per hour
   July 2005 – December 2005 $11.00 per hour

6. Provide an accounting of your claim, including:

   (a) dates: September 2003 to December 16, 2005

   (b) regular hours worked: 40

   (c) over-time hours worked: September 2003 – January 2004 5 hours per week
   February 2004 - December 16, 2005 15 per week

   (d) pay received versus pay claimed: Received $66,643.00 Versus: $89,162.00

   (e) total amount claimed: $22,519.00 plus liquidated damages $22,519.00 and attorney's fees and costs

7. When did you (or your attorney) first complain to your employer about alleged violations of the FLSA?

   It was brought to their attention in 2004

8. Was this complaint written or oral? (If a written complaint, please attach a copy).

   Oral

9. What was your employer's response? (If a written response, please attach a copy).

   We do not pay overtime

---

[1] These answers are estimated based on the Plaintiff's best recollections. Plaintiff reserves the right to supplement these answers upon completion of discovery.

Lisa Peace Benson
______________________________

STATE OF FLORIDA }
COUNTY OF ORANGE }

BEFORE ME, the undersigned authority, personally appeared Lisa Peace Benson, who being first duly sworn, deposes and says that he/she has read the foregoing Answers to Interrogatories, knows the contents of same, and to the best of his/her knowledge and belief, the same are true and correct.

SWORN TO AND SUBSCRIBED before me on this 27th day of October 2006.

NOTARY PUBLIC

<<SEAL>>

JUDITH ANN CANE
MY COMMISSION # DD 443896
EXPIRES: June 22, 2009
Bonded Thru Notary Public Underwriters

Judith Ann Cane
______________________________
Signature of Notary Public
Title: Notary Public
Serial No. (If any):
Commission Expires: